UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORIZON LINES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-0952 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, *et al*., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AMERICAN SEAFOODS COMPANY LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [#16 ] is **GRANTED**; and it is

**FURTHER ORDERED** that defendants' Cross Motion for Summary Judgment [#21] is **DENIED**; and it is

**FURTHER ORDERED** that defendant-intervenor's Motion to Dismiss For Lack of Subject Matter Jurisdiction [#22] and Cross Motion for Summary Judgment [#23] are **DENIED**; and it is

**FURTHER ORDERED** that this case is remanded to CBP for further proceedings consistent with the Court's Memorandum Opinion issued this date.

                                                                                                                                                                s/
                                                  ELLEN SEGAL HUVELLE
                                                  United States District Judge

Date:   February 10, 2006